IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROMERO BOISSIERE, | ) | No. C 09-01862 JW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| POLICE CHIEF OF ANTIOCH POLICE DEPT., et al., | ) | |
| | ) | |
| Defendants. | ) | (Docket No. 2) |
| | ) | |

On April 29, 2009, plaintiff filed the instant civil rights complaint in pro se. Plaintiff filed for leave to proceed in forma pauperis. (Docket No. 2.) A stamped copy of the complaint mailed to plaintiff was returned as undeliverable on May 12, 2009, for failure to include a full CDC number and/or full housing information per institutional policy. (See Docket No. 3.) As of the date of this order, plaintiff has not updated his CDC number or full housing information with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.09\Boissiere01862_dism3-11.wpd        1

se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

    More than sixty days have passed since the mail addressed to plaintiff was returned as undeliverable. The Court has not received a notice from plaintiff of a new address. Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

    The clerk shall terminate any pending motions.

DATED: August 13, 2009

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMERO BOISSIERE,<br><br>          Plaintiff,<br><br>  v.<br><br>POLICE CHIEF OF ANTIOCH POLICE, et al.,<br><br>          Defendants.<br>_____/ | Case Number: CV09-01862 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____8/14/2009_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Romero Boissiere
Susanville State Prison
Dorm 41
P. O. Box 2400
Susanville, Ca 96127

Dated: _____8/14/2009_____

                                                Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk